**Public Health Management Corporation**
Centre Square East
1500 Market St
Philadelphia, PA 19102

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/19/2024 |
| Period End Date | 01/01/2025 |
| Pay Date | 01/10/2025 |
| Document | 635036 |
| **Net Pay** | **$1,427.58** |

## Pay Details

Laina Egea-Hinton
210 Stoneway Lane
Merion Station, PA 19066
USA

| | |
|---|---|
| Employee Number | ▉▉▉▉▉ |
| SSN | XXX-XX-XXXX |
| Job | Emergency Fund Coordinato |
| Pay Rate | $26.7120 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PHMC 75 |
| Location | Corp |
| Group | STRAT - Strategy |
| Component | MGS - Management Services |
| Division | EF - Emergency Fund |
| Department | 0841 - DHS - EMERGENCY FUND (und |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL | | | $2.28 | $2.28 |
| Holiday | 22.500000 | $26.7120 | $601.02 | $601.02 |
| Regular Pay | 22.500000 | $26.7120 | $601.02 | $601.02 |
| Sick Pay | 7.500000 | $26.7120 | $200.34 | $200.34 |
| Vacation | 22.500000 | $26.7120 | $601.02 | $601.02 |

Total Hours  75.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B Dollar | Yes | $5.00 | $5.00 | $0.00 | $0.00 |
| Dental FT | Yes | $11.00 | $11.00 | $20.35 | $20.35 |
| GTL | No | $2.28 | $2.28 | $0.00 | $0.00 |
| Medical POS | Yes | $82.99 | $82.99 | $297.40 | $297.40 |
| Roth $ | No | $5.00 | $5.00 | $0.00 | $0.00 |
| Voluntary Life | No | $6.48 | $6.48 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $190.09 | $190.09 |
| Employee Medicare | $27.72 | $27.72 |
| Social Security Employee Tax | $118.52 | $118.52 |
| PA State Income Tax | $58.62 | $58.62 |
| PHILA NR | $69.00 | $69.00 |
| PA Unemployment Employee | $1.40 | $1.40 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PERS | 0.0000 | 15.1600 |
| SICK | 0.0000 | 60.6500 |
| VAC | 0.0000 | 107.1200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx4201 | Checking | $1,427.58 |
| Total | | $1,427.58 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,005.68 | $1,906.69 | $465.35 | $112.75 | $1,427.58 |
| YTD | $2,005.68 | $1,906.69 | $465.35 | $112.75 | $1,427.58 |

**Public Health Management Corporation**
Centre Square East
1500 Market St
Philadelphia, PA 19102

**Pay Statement**

| | |
|---|---|
| Period Start Date | 12/05/2024 |
| Period End Date | 12/18/2024 |
| Pay Date | 12/27/2024 |
| Document | 632498 |
| **Net Pay** | **$1,435.90** |

## Pay Details

Laina Egea-Hinton
210 Stoneway Lane
Merion Station, PA 19066
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | Emergency Fund Coordinato |
| Pay Rate | $26.7120 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PHMC 75 |
| Location | Corp |
| Group | STRAT - Strategy |
| Component | MGS - Management Services |
| Division | EF - Emergency Fund |
| Department | 0841 - DHS - EMERGENCY FUND (und |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL | | | $2.03 | $52.71 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,995.58 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,602.72 |
| Regular Pay | 75.000000 | $26.7120 | $2,003.40 | $45,263.81 |
| Retroactive | 0.000000 | $0.0000 | $0.00 | $7.82 |
| Sick Pay | 0.000000 | $0.0000 | $0.00 | $1,402.38 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,797.85 |

Total Hours  75.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B Dollar | Yes | $5.00 | $130.00 | $0.00 | $0.00 |
| Dental FT | Yes | $5.50 | $132.00 | $10.15 | $243.60 |
| GTL | No | $2.03 | $52.71 | $0.00 | $0.00 |
| Medical POS | Yes | $77.07 | $1,849.68 | $310.02 | $7,440.48 |
| Roth $ | No | $5.00 | $130.00 | $0.00 | $0.00 |
| Voluntary Life | No | $4.95 | $118.80 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $193.53 | $5,048.46 |
| Employee Medicare | $27.88 | $727.05 |
| Social Security Employee Tax | $119.21 | $3,108.75 |
| PA State Income Tax | $58.97 | $1,537.72 |
| PHILA NR | $68.99 | $1,793.11 |
| PA Unemployment Employee | $1.40 | $36.39 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PERS | 15.0000 | 15.1600 |
| SICK | 6.2500 | 68.1500 |
| VAC | 9.3800 | 129.6200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx4201 | Checking | $1,435.90 |
| Total | | $1,435.90 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,005.43 | $1,917.86 | $469.98 | $99.55 | $1,435.90 |
| YTD | $52,122.87 | $50,011.19 | $12,251.48 | $2,413.19 | $37,458.20 |

**Public Health Management Corporation**
Centre Square East
1500 Market St
Philadelphia, PA 19102

**Pay Statement**
Period Start Date 11/21/2024
Period End Date 12/04/2024
Pay Date 12/13/2024
Document 630497

**Net Pay** $1,435.88

## Pay Details

Laina Egea-Hinton
210 Stoneway Lane
Merion Station, PA 19066
USA

Employee Number: [redacted]
SSN: XXX-XX-XXXX
Job: Emergency Fund Coordinato
Pay Rate: $26.7120
Pay Frequency: Biweekly

Pay Group: PHMC 75
Location: Corp
Group: STRAT - Strategy
Component: MGS - Management Services
Division: EF - Emergency Fund
Department: 0841 - DHS - EMERGENCY FUND (und

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL | | | $2.03 | $50.68 |
| Holiday | 15.000000 | $26.7120 | $400.68 | $1,995.58 |
| Personal | 7.500000 | $26.7120 | $200.34 | $1,602.72 |
| Regular Pay | 52.500000 | $26.7120 | $1,402.38 | $43,260.41 |
| Retroactive | 0.000000 | $0.0000 | $0.00 | $7.82 |
| Sick Pay | 0.000000 | $0.0000 | $0.00 | $1,402.38 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,797.85 |

Total Hours 75.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B Dollar | Yes | $5.00 | $125.00 | $0.00 | $0.00 |
| Dental FT | Yes | $5.50 | $126.50 | $10.15 | $233.45 |
| GTL | No | $2.03 | $50.68 | $0.00 | $0.00 |
| Medical POS | Yes | $77.07 | $1,772.61 | $310.02 | $7,130.46 |
| Roth $ | No | $5.00 | $125.00 | $0.00 | $0.00 |
| Voluntary Life | No | $4.95 | $113.85 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $193.53 | $4,854.93 |
| Employee Medicare | $27.89 | $699.17 |
| Social Security Employee Tax | $119.22 | $2,989.54 |
| PA State Income Tax | $58.97 | $1,478.75 |
| PHILA NR | $68.99 | $1,724.12 |
| PA Unemployment Employee | $1.40 | $34.99 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PERS | 0.0000 | 0.1600 |
| SICK | 0.0000 | 61.9000 |
| VAC | 0.0000 | 120.2400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx4201 | Checking | $1,435.88 |
| Total | | $1,435.88 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,005.43 | $1,917.86 | $470.00 | $99.55 | $1,435.88 |
| YTD | $50,117.44 | $48,093.33 | $11,781.50 | $2,313.64 | $36,022.30 |

**Public Health Management Corporation**
Centre Square East
1500 Market St
Philadelphia, PA 19102

**Pay Statement**

| | |
|---|---|
| Period Start Date | 11/07/2024 |
| Period End Date | 11/20/2024 |
| Pay Date | 11/29/2024 |
| Document | 628826 |
| **Net Pay** | **$1,504.66** |

## Pay Details

Laina Egea-Hinton
210 Stoneway Lane
Merion Station, PA 19066
USA

| | |
|---|---|
| Employee Number | [redacted] |
| SSN | XXX-XX-XXXX |
| Job | Emergency Fund Coordinato |
| Pay Rate | $26.7120 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PHMC 75 |
| Location | Corp |
| Group | STRAT - Strategy |
| Component | MGS - Management Services |
| Division | EF - Emergency Fund |
| Department | 0841 - DHS - EMERGENCY FUND (und |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL | | | $2.03 | $48.65 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,594.90 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,402.38 |
| Regular Pay | 75.000000 | $26.7120 | $2,003.40 | $41,858.03 |
| Retroactive | 0.000000 | $0.0000 | $0.00 | $7.82 |
| Sick Pay | 0.000000 | $0.0000 | $0.00 | $1,402.38 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,797.85 |

Total Hours  75.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B Dollar | Yes | $5.00 | $120.00 | $0.00 | $0.00 |
| Dental FT | Yes | $0.00 | $121.00 | $0.00 | $223.30 |
| GTL | No | $2.03 | $48.65 | $0.00 | $0.00 |
| Medical POS | Yes | $0.00 | $1,695.54 | $0.00 | $6,820.44 |
| Roth $ | No | $5.00 | $120.00 | $0.00 | $0.00 |
| Voluntary Life | No | $0.00 | $108.90 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $203.44 | $4,661.40 |
| Employee Medicare | $29.07 | $671.28 |
| Social Security Employee Tax | $124.34 | $2,870.32 |
| PA State Income Tax | $61.50 | $1,419.78 |
| PHILA NR | $68.99 | $1,655.13 |
| PA Unemployment Employee | $1.40 | $33.59 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PERS | 0.0000 | 7.6600 |
| SICK | 0.0000 | 61.9000 |
| VAC | 0.0000 | 120.2400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx4201 | Checking | $1,504.66 |
| Total | | $1,504.66 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,005.43 | $2,000.43 | $488.74 | $12.03 | $1,504.66 |
| YTD | $48,112.01 | $46,175.47 | $11,311.50 | $2,214.09 | $34,586.42 |

**Public Health Management Corporation**
Centre Square East
1500 Market St
Philadelphia, PA 19102

**Pay Statement**
Period Start Date  10/24/2024
Period End Date   11/06/2024
Pay Date          11/15/2024
Document          626633
**Net Pay**       **$1,435.89**

## Pay Details

Laina Egea-Hinton
210 Stoneway Lane
Merion Station, PA 19066
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | Emergency Fund Coordinato |
| Pay Rate | $26.7120 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PHMC 75 |
| Location | Corp |
| Group | STRAT - Strategy |
| Component | MGS - Management Services |
| Division | EF - Emergency Fund |
| Department | 0841 - DHS - EMERGENCY FUND (und |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| GTL | | | $2.03 | $46.62 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,594.90 |
| Personal | 0.000000 | $0.0000 | $0.00 | $1,402.38 |
| Regular Pay | 75.000000 | $26.7120 | $2,003.40 | $39,854.63 |
| Retroactive | 0.000000 | $0.0000 | $0.00 | $7.82 |
| Sick Pay | 0.000000 | $0.0000 | $0.00 | $1,402.38 |
| Vacation | 0.000000 | $0.0000 | $0.00 | $1,797.85 |

Total Hours  75.000000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B Dollar | Yes | $5.00 | $115.00 | $0.00 | $0.00 |
| Dental FT | Yes | $5.50 | $121.00 | $10.15 | $223.30 |
| GTL | No | $2.03 | $46.62 | $0.00 | $0.00 |
| Medical POS | Yes | $77.07 | $1,695.54 | $310.02 | $6,820.44 |
| Roth $ | No | $5.00 | $115.00 | $0.00 | $0.00 |
| Voluntary Life | No | $4.95 | $108.90 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $193.53 | $4,457.96 |
| Employee Medicare | $27.89 | $642.21 |
| Social Security Employee Tax | $119.21 | $2,745.98 |
| PA State Income Tax | $58.97 | $1,358.28 |
| PHILA NR | $68.99 | $1,586.14 |
| PA Unemployment Employee | $1.40 | $32.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PERS | 0.0000 | 7.6600 |
| SICK | 6.2500 | 61.9000 |
| VAC | 9.3800 | 120.2400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxx4201 | Checking | $1,435.89 |
| Total | | $1,435.89 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,005.43 | $1,917.86 | $469.99 | $99.55 | $1,435.89 |
| YTD | $46,106.58 | $44,175.04 | $10,822.76 | $2,202.06 | $33,081.76 |